*NOTE: Pursuant to Fed. Cir. R. 47.6, this order is not citable as precedent. It is a public order.*

**Reginald B. MCFADDEN, Petitioner,**

v.

**DEPARTMENT OF THE TREASURY, Respondent.**

**No. 2006–3349.**

United States Court of Appeals, Federal Circuit.

Nov. 3, 2006.

Reginald B. McFadden, pro se.

*ORDER*

Petitioner having filed the required Statement Concerning discrimination, Upon consideration thereof,

IT IS ORDERED THAT:

(1) The court's October 31, 2006 order of dismissal and the mandate are, vacated and recalled, and the petition for review is reinstated.

(2) The respondent should compute the due date for the filing its brief 21 days from the date of filing of this order.

*This case was not selected for publication in the Federal Reporter*

*NOTE: Pursuant to Fed. Cir. R. 47.6, this disposition is not citable as precedent. It is a public order.*

**ALFAIR DEVELOPMENT COMPANY, INC., Appellant,**

v.

**Francis J. HARVEY, Secretary of the Army, Appellee.**

**No. 06–1015.**

United States Court of Appeals, Federal Circuit.

Nov. 8, 2006.

Before MICHEL, Chief Judge, MAYER and LINN, Circuit Judges.

**Judgment**

PER CURIAM

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.